Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff BRITTANY S.M. TAYLOR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRITTANY S.M. TAYLOR,<br>Plaintiff,<br>vs.<br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br>Defendant | Case No.: 2:16-CV-00747 CMK<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Brittany S.M. Taylor ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to November 28, 2016; and that Defendant shall have until December 28, 2016, to file her opposition. Any reply by plaintiff will be due January 17, 2017.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter as well as the demands arising from complications related to Counsel Spouse's terminal illness which has unexpectedly worsened in the last few weeks. Due to a deterioration in her condition in the last few weeks, Counsel's spouse now requires in home medical assistance 24 hours a day and Counsel has been required to devout time to planning and managing the transition to end of life care. Counsel required time to deal with this change in condition and has taken steps to secure the at home hospice level care which his spouse now requires in order to better allow him to attend to his professional obligations.

DATE: September 29, 2016

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: ______________________

Steven G. Rosales
Attorney for plaintiff

DATED: September 29, 2016

BENJAMIN WAGNER
United States Attorney

*/S/- Marcelo N. Illarmo

______________________

Marcela N. Illarmo
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including November 28, 2016, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to December 28, 2016 to file her opposition, if any is forthcoming. Any reply by plaintiff will be due January 17, 2017.

IT IS SO ORDERED.

Dated: October 27, 2016

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE