# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY S.M. TAYLOR, | No. 2:16-CV-0747-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

Pursuant to stipulation, the parties agreed to an extension of the briefing schedule in this case (see Doc. 14).  Because no proposed order was ever submitted to the court, the parties' stipulation was never formalized.  On its own motion, the court hereby extends the time agreed to by the parties and further extends the briefing schedule.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's dispositive motion is due by February 10, 2017.

2. Defendant's opposition/cross-motion is due by March 13, 2017.

3. Plaintiff's reply is due by April 3, 2017.

DATED: January 10, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE