Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff BRITTANY S.M. TAYLOR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRITTANY S.M. TAYLOR,  )<br>  )<br>       Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br>NANCY A. BERRYHILL, Acting  )<br>  )<br>Commissioner of Social Security,  )<br>  )<br>       Defendant  )<br>_____) | Case No.: 2:16-CV-00747 CMK<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Brittany S.M. Taylor ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March 15, 2017; and that Defendant shall have until April 14, 2017, to file her opposition. Any reply by plaintiff will be due May 4, 2017.

1    A final extension of time for plaintiff is needed. As the Court is aware, Plaintiff's Counsel's Spouse recently passed away. Due to the press of the holidays and the need to find a caregiver and the required time to acclimate his children to his absence to meet his professional obligations, Counsel requires the additional time to prepare and file Plaintiff's Motion for Summary Judgment.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 21, 2017        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  February 21, 2017      BENJAMIN WAGNER
United States Attorney

*/S/- Marcelo N. Illarmo

_____
Marcela N. Illarmo
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including March 15, 2017, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to April 14, 2017
4  to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due
5  May 4, 2017.
6      IT IS SO ORDERED.

7

8  Dated:  March 1, 2017

9  _____
   CRAIG M. KELLISON
10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26